# ROBERT M. BURSKY, ESQ.

68 South Service Road – Suite 100
Melville, New York 11747

Telephone: (516) 641-9904                Facsimile: (516) 612-0084

June 22, 2026

Time to serve complaint extended to July 15, 2026.  July 24 conference is adjourned to October 2, 2026 at 10:00 a.m.  Dial-In No.: 1-855-244-8681, Access 2305 810 3970#.
SO ORDERED
Dated:  6/23/2026

P. Kevin Castel
United States District Judge

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Tritaurian Capital, Incorporated, et. al. v. Rob Summers, et. al.

Dear Judge Castel,

I represent Plaintiffs in this action removed from New York State Supreme Court. The next conference before the Court is the Initial Pretrial Conference scheduled for July 24, 2026.

The date sought to be extended by this letter motion is the June 24, 2026, deadline for Plaintiffs to serve their complaint. Plaintiffs request an extension through July 15, 2026, to do so.

The extension is requested because during the past month I was preoccupied with a hearing and preparation for a trial in an action that was dismissed last Wednesday after a jury had been selected.[1]  The length of the extension requested is because the parties have begun a dialogue regarding case-related matters with a view to exploring the facts and potentially resolving their differences.

For the parties and Defendants' counsel, I thank the Court for its consideration of this request.

Very truly yours,

Robert M. Bursky

Robert M. Bursky

cc: Christine N. Walz, Esq.

_____

[1] I am a solo practitioner.