# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, New York 10019 | T +1.212.513.3200 | F +1.212.385.9010
Holland & Knight LLP | www.hklaw.com

Christine N. Walz
+1 212-513-3368
Christine.Walz@hklaw.com

October 22, 2026

*Via ECF*

Hon. Judge P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

All dates in the Order of October 15, 2026 (ECF 31) are extended by sixty days.
SO ORDERED
[signature], USDJ
10-22-26

Re: ***Tritaurian Capital, Inc., et al. v. Rob Summers et al.*, Case No. 1:26-cv-04829-PKC**

Dear Judge Castel:

We are counsel to Defendants and write together with Plaintiffs' counsel to request a stay of the motion deadlines in the Court's October 15, 2026 Scheduling Order (Dkt. 31) while the parties participate in mediation. On October 20, 2026, the Court referred this case to the Court-annexed Mediation Program (Dkt. 32). The next court conference has not been set.

The parties ask to stay the following deadlines:

- Defendants' motion to dismiss, currently due October 30, 2026;
- Plaintiffs' opposition and motion to dismiss Seven Seas' counterclaims, currently due November 20, 2026;
- Defendants' reply and Seven Seas' opposition, currently due December 6, 2026;
- Plaintiffs' reply, currently due December 20, 2026; and
- The related deadlines to move to amend.

A stay would conserve the parties' resources and promote judicial economy by allowing the parties to focus on mediation before proceeding with motion practice.

The parties propose filing a joint status report within seven days after mediation concludes. If the case does not resolve, the parties propose that Defendants file their motion to dismiss 21 days after the status report, with the remaining submissions due at the same intervals as under the current schedule. This is the parties' first request to modify the schedule entered at Dkt. 31.

Hon. Judge P. Kevin Castel
October 22, 2026
Page 2

We thank the Court for its consideration.

Respectfully submitted,

HOLLAND & KNIGHT LLP

Christine N. Walz.
*Attorneys for Defendants Rob Summers, Evgeni Mitkov, Tabac Holdings, LLC, and Seven Seas Capital Management Ltd.*

cc: Robert M. Bursky, Esq. (via ECF)